United States District Court
Southern District of Texas
**ENTERED**
October 09, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| **KARINA ILEANA BENAVIDES**, § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 1:25-cv-00065 |
| § | |
| **MARCO RUBIO ET AL.**, § | |
| Defendants. § | |

## ORDER LIFTING STAY

On July 17, 2025, the Court granted Defendants' "Opposed Motion to Stay Proceedings" (Defendants' "Motion to Stay"), "pending [the outcome of] the Fifth Circuit's decision in *Sarabia v. Noem, et al.*, No. 24-50750 (5th Cir.)." *See* Dkt. No. 21. The Fifth Circuit filed its decision on August 22, 2025. *See generally Villegas v. Noem*, 149 F.4th 554 (5th Cir. 2025).

**ACCORDINGLY**, the STAY on **ALL DEADLINES, PROCEEDINGS, AND SETTINGS** in this case is hereby **LIFTED**. The Parties shall file a brief by **October 30, 2025**, outlining the impact of the 5th Circuit decision on this litigation.

**SO ORDERED.**

**SIGNED** on this **9th** day of **October, 2025**, at Brownsville, Texas.

_____
Ignacio Torteya, III
United States Magistrate Judge