United States District Court
Southern District of Texas
**ENTERED**
November 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KARINA ILIANA BENAVIDES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-00065 |
| | § | |
| MARCO RUBIO, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the Court are Plaintiff's "Amended Complaint for Declaratory and Injunctive Relief" (Dkt. No. 8) ("Amended Complaint"), Defendants' "Motion to Dismiss Plaintiff's Amended Complaint for Lack of Subject-Matter Jurisdiction and for Failure to State a Claim" (Dkt. No. 25) ("MTD"), the "Magistrate Judge's Report and Recommendation" (Dkt. No. 33) ("Report & Recommendation"), and "Plaintiff's Objections to the Magistrate Judge's Report and Recommendation" (Dkt. No. 36).

After a *de novo* review of the file, the Report & Recommendation (Dkt. No. 33) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Defendants' MTD (Dkt. No. 25) is **GRANTED**. The Clerk of Court is **ORDERED** to close the case.

SIGNED this November 17, 2026

Rolando Olvera
United States District Judge